FILED: August 22, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4613

(5:13-cr-00013-FPS-JES-4)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

DAVID WESLEY TREADWAY

  Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Wheeling |
| Originating Case Number | 5:13-cr-00013-FPS-JES-4 |
| Date notice of appeal filed in originating court: | 08/21/2013 |
| Appellant (s) | David Wesley Treadway |
| Appellate Case Number | 13-4613 |
| Case Manager | RJ Warren<br>804-916-2702 |