UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4613
(5:13-cr-00013-FPS-JES-4)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

DAVID WESLEY TREADAY

  Defendant - Appellant

_____

DEFENDANT'S MOTION FOR LEAVE
TO FILE AN AMENDED OPENING BRIEF

_____

      William L. Pennington
      PO Box 891
      Morgantown, WV 26507-0891
      (304) 296-5695

      *Counsel for Appellant*

Comes now the Defendant-Appellant, and requests leave of this Honorable Court to file an Amended Opening Brief in order to eliminate improper references to a Joint Appendix. Said Opening Brief is submitted as an Anders Brief mistakenly including references to a Joint Appendix which will not be filed.

Respectfully submitted this 25th day of  October , 2013.

/s/ William L. Pennington
WV State Bar No. 7768
PO Box 891
Morgantown, WV 26507-0891
(304) 296-5695
(304) 296-2174 FAX

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 25th day of October, 2013, I caused the foregoing DEFENDANT'S MOTION FOR LEAVE TO FILE AN AMENDED OPENING BRIEF to be filed and served electronically with the Clerk of the Court using the Fourth Circuit Court of Appeals CM/ECF online system, which will send notice of such filing to all registered parties to the case.

      I further hereby certify that on this the 25th day of October, 2013, I placed a true copy of the foregoing DEFENDANT'S MOTION FOR LEAVE TO FILE AN AMENDED OPENING BRIEF in the U.S. Mail, postage prepaid and addressed to the following:

Mr. David Treadway 08571-087  
FCI MORGANTOWN  
FEDERAL CORRECTIONAL INSTITUTION  
P.O. BOX 1000  
MORGANTOWN, WV  26507

                                    /s/ William L. Pennington  
                                    WV State Bar No. 7768  
                                    PO Box 891  
                                    Morgantown, WV 26507-0891  
                                    (304) 296-5695  
                                    (304) 296-2174 FAX