**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 25, 2013

_____

DOCKET CORRECTION NOTICE
_____

No. 13-4613,    <u>US v. David Treadway</u>
                5:13-cr-00013-FPS-JES-4

TO:    William L. Pennington

CERTIFICATE DUE:  October 29, 2013

Please file the certificate identified below by the due date indicated.

[X] There was no certificate showing compliance with the Supreme Court's decision in <u>Anders</u>. Use the **certificate of service for Anders brief** form and entry to file the required certificate.

RJ Warren, Deputy Clerk
804-916-2702