October 25, 2013

Mr. David Treadway 08571-087
FCI MORGANTOWN
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MORGANTOWN, WV  26507

                Re: Fourth Circuit Court of Appeals
                    U.S. v. David Treadway
                    Docket No. 13-4613

Dear David:

      Enclosed for your review are copies of the DEFENDANT'S MOTION FOR LEAVE TO FILE AN AMENDED OPENING BRIEF and the AMENDED OPENING BRIEF BY APPELLANT which I have prepared and filed on your behalf today.  This was done to remove the references to the Joint Appendix, which will not be filed as the Court will obtain and review the entire record in this matter in accordance with the provisions of Anders v. California, 386 U.S. 738 (1967).

      Again, I have been unable to identify any meritorious grounds upon which to proceed on appeal.  Please be mindful that I am prohibited by law from advancing any frivolous or illegitimate legal issue.  In accordance with the procedure set forth in the case of Anders v. California, 386 U.S. 738 (1967), I have requested on your behalf that the Appellate Court conduct a general review of the record in your case for any errors it may be able to identify, if any.

      You are also advised that you may personally submit a written brief to the Fourth Circuit Court of Appeals to supplement or dispute what I have filed.  If you wish to submit a brief yourself, please send me a copy and you must send the original directly to: Patricia S. Connor, Clerk, United States Court of Appeals for the Fourth Circuit, 1100 E. Main St., Suite 501, Richmond, VA  23219.

      Please give me a call if you have any questions.

                    Very truly yours,

                    /s/Bill Pennington

                    William L. Pennington

WLP:bp
enclosure